100 F.3d 93
 UNITED STATES of America, Plaintiff-Appellee,
v.
Mary Peggy MOORE, Defendant-Appellant.
UNITED STATES of America, Plaintiff-Appellee,
v.
Lee Roy WILEY, Defendant-Appellant.
 Nos. 94-30453, 94-30454.
 United States Court of Appeals,
Ninth Circuit.
 Nov. 5, 1996.
 
 Prior report: 84 F.3d 1567.
 Before: HUG, Chief Judge.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that these cases be reheard by the en banc court pursuant to Circuit Rule 35-3.